ROBERT FROMER *v.* GREENSCAPE OF SALEM ET AL.
(10310)

DUPONT, NORCOTT and LAVERY, Js.

Argued January 17—decision released February 11, 1992

*Robert Fromer,* pro se, the appellant (plaintiff).

*Mary E. Driscoll,* for the appellees (named defendant et al.).

*John W. Butts,* for the appellees (defendant town of Salem et al.).

PER CURIAM. The judgment is affirmed.